

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marcus Brent Fields | Civil Action No. 23-cv-1416-WQH-MSB |
| **Plaintiff,** | |
| V. | |
| See Attachment | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Because all three matters have been closed, there are no grounds to consolidate and Plaintiff's Motion to Consolidate (ECF No. 12) is denied. Judgment for Defendants and no further filings will be accepted in this matter.

Date: 12/1/23

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ M. Quinata

M. Quinata, Deputy

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 23-cv-1416-WQH-MSB

Defendants,

Gavin Newsome, State of California Governer;
Kathleen Allison, C.D.C.R. Ex- Secretary;
D. Gouldy, C.D.C.R. Deputy Director Policy Risk Management;
M.D. Nadine Burke Harris, California Surgeon General;
J. Clark Kelso, C.D.C.R. Receiver Director;
S. Gates, C.D.C.R. Chief of Healthcare;
S. Roberts, RJD Chief Medical Officer